IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT FO ARKANSAS
PINE BLUFF DIVISION

TAMMY CONTRERAS                                                              PLAINTIFF

V.                                        CASE NO.  5:08-CV-036 BSM

TOM HUGHES                                                                  DEFENDANT

## ORDER

Pending before this court are defendant's Motion to Enforce Settlement and Dismiss Plaintiff's Complaint [Doc. #7] and Motion to Stay Discovery [Doc. 8]. Although the plaintiff's response was late, the court finds that plaintiff's complaint satisfied Rule 12(b) of the Federal Rules of Civil Procedure and the motions will be denied. This does not foreclose the filing of a motion pursuant to Rule 56 of the Federal Rules of Civil Procedure at a later date.

IT IS SO ORDERED this 19th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE