IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TAMMY CONTRERAS                                                              PLAINTIFF

VS.                               NO. 5:08-CV-036SW

TOM HUGHES                                                                   DEFENDANT

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now on this 26th day of January, 2009, comes before this Court the parties Joint Motion For Voluntary Dismissal Without Prejudice and the Court being well and sufficiently advised of the premises doth find and order as follows:

1. The parties have requested that this matter be dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a).

2. That Rule 41(a) states in pertinent part that "unless otherwise specified . . ., a dismissal under this paragraph is without prejudice.

3. This is the first such action filed by the parties.

IT IS THEREFORE THE ORDER OF THIS COURT THAT this matter is dismissed without prejudice to any future action, and for all other just and proper relief.

_____
U.S. DISTRICT COURT JUDGE

DATE: 1-26-09

APPROVED:

_____
MARGARET DOBSON, ATTORNEY FOR DEFENDANT

_____
WADE HODGE, ATTORNEY FOR PLAINTIFF